UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE' CARPIAUX,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE,<br><br>        Defendant. | Case No. 21-cv-01285-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: ECF No. 13 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's report and recommendation, ECF No. 13, to dismiss Plaintiff's complaint, ECF No. 1, without prejudice. Plaintiff did not file any objections to Judge Corley's report and recommendation within the fourteen-day period for objections. *See* Fed. R. Civ. P. 72(b)(2).  Nor did Plaintiff's subsequent filings address Judge Corley's report and recommendation, or cure the deficiencies identified in that order. *See* ECF Nos. 14, 15.

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Plaintiff's complaint is dismissed without prejudice. Plaintiff may file an amended complaint to cure the deficiencies identified in Judge Corley's report and recommendation but must do so by December 31, 2021.

**IT IS SO ORDERED.**

Dated: November 19, 2021

                                        JON S. TIGAR
                               United States District Judge