UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE' CARPIAUX,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE,<br><br>        Defendant. | Case No. 21-cv-01285-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF Nos. 17, 18 |

In November 2011, the Court adopted Judge Jacqueline Scott Corley's report and recommendation to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction and failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  ECF No. 16.  The Court allowed Plaintiff to amend his complaint to cure the deficiencies Judge Corley identified in her report and recommendation – the complaint's failure to establish a basis for subject-matter jurisdiction and to comply with Rule 8.  *Id.*  Plaintiff has since filed additional documents with the Court, *see* ECF Nos. 17 and 18, but none of them – even construed as amended complaints and read liberally – cure the deficiencies the Court found warranted dismissal.  Accordingly, the Court dismisses this case with prejudice.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 3, 2022

                                          JON S. TIGAR
                                 United States District Judge